**KEVIN M. SALI**, OSB. No. 044065
kevin@salilaw.com
Kevin Sali LLC
1500 S.W. First Ave., Suite 1020
Portland, OR 97201
Telephone: (971) 407-3371
Facsimile: (503) 765-5377

Attorney for Defendant Saffron Gustafson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-cr-00369-SI |
| Plaintiff, | |
| vs. | DEFENDANT'S UNOPPOSED MOTION TO EXTEND SURRENDER DATE |
| SAFFRON GUSTAFSON, | |
| Defendant. | |

Defendant Saffron Gustafson respectfully moves this Court for a one-week extension of her surrender date, which is presently October 15, 2020. *See* Judgment in a Criminal Case (Dkt. No. 33). Ms. Gustafson has not yet been notified of a facility designation by the Bureau of Prisons. The parties have diligently cooperated to seek updates but understand that as of this date no designation has been made and there is no fixed date by which one will be made. Defense

PAGE 1 –     DEFENDANT'S UNOPPOSED MOTION TO EXTEND SURRENDER DATE

counsel respectfully submits that a one-week extension should provide sufficient time for Ms. Gustafson to make the necessary arrangements (assuming a designation is made relatively soon).

DATED:  October 13, 2020

                                                KEVIN SALI LLC

By:       s/ *Kevin Sali*
            KEVIN SALI, OSB No. 044065
            kevin@salilaw.com
            Tel.:  (971) 407-3371
            Fax:  (503) 765-5377
            Attorney for Defendant Saffron Gustafson