# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**SAFFRON GUSTAFSON,**<br><br>　　　　Defendant. | Case No. 3:19-cr-00369-SI<br><br>**ORDER EXTENDING DEFENDANT'S SELF-SURRENDER DATE** |

　　　This matter having come before the Court on the motion of Defendant, and for good cause shown, it is hereby **ORDERED** that Defendant's motion to continue self-surrender date (Docket No. [35]) is granted. The Defendant shall-surrender for service of her sentence at the institution designated by the Bureau of Prisons **before 2:00 p.m**. on **October 22, 2020**.

　　　Dated this 13th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael H. Simon
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

PAGE – 1 ORDER EXTENDING DEFENDANT'S SELF-SURRENDER DATE